Approved.
/s/ *Benita Y. Pearson* on 11/23/2015
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELBERT E. WHITE and his spouse SHERRY WHITE, ROBERT M. COWSERT and his spouse NAOMI B. COWSERT, WILLIAM D. HOLECZY and his spouse BARBARA J. HOLECZY, DONNA APPLEGATE, KATHRYN L. BROWN, ROBERT P. BUPP, SR. and his spouse SANDRA BUPP, RICHARD S. CARTER and his spouse CATHY CARTER, ELWOOD J. CONNER and his spouse SANDRA CONNER, RAYMOND E. DANIELS and his spouse GAIL DANIELS, RICHARD H. DAVIES, JR. and his spouse DONNA J. DAVIES, RICHARD E. DEVORE, DONALD A. HEATON and his spouse SUSAN HEATON, DONALD H. JENNINGS and his spouse MARJORIE JENNINGS, WILLIAM R. METTS, DENNIS NICHI, ROBERT R. STEINMILLER and his spouse SHARON STEINMILLER, KENNETH R. WALLACE and his spouse JEAN WALLACE, WILLIAM K. WIXON and his spouse NANCY WIXON, <br><br> Plaintiffs, <br><br> v. <br><br> FIRSTENERGY GENERATION, LLC, FIRSTENERGY CORP. WELFARE PLAN, and THE FIRSTENERGY CORP. RETIREMENT HEALTH BENEFITS TRUST FOR REPRESENTED EMPLOYEES (f/k/a OHIO EDISON COMPANY POSTRETIREMENT HEALTH BENEFITS TRUST FOR REPRESENTED EMPLOYEES), <br><br> Defendants. | CASE NO. 4:14-CV-2158 <br><br> JUDGE BENITA Y. PEARSON <br><br> Jury Trial Demanded |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Elbert E. White and his spouse Sherry White, Robert M. Cowsert and his spouse Naomi B. Cowsert, William D. Holeczy and his spouse Barbara J. Holeczy, Donna Applegate, Kathryn L. Brown, Robert P. Bupp, Sr. and his spouse Sandra Bupp, Richard S. Carter and his spouse Cathy Carter, Elwood J. Conner and his spouse Sandra Conner, Raymond E. Daniels and his spouse Gail Daniels, Richard H. Davies, Jr.

and his spouse Donna J. Davies, Richard E. Devore, Donald A. Heaton and his spouse Susan Heaton, Donald H. Jennings and his spouse Marjorie Jennings, William R. Metts, Dennis Nichi, Robert R. Steinmiller and his spouse Sharon Steinmiller, Kenneth R. Wallace and his spouse Jean Wallace, and William K. Wixon and his spouse Nancy Wixon, ("Plaintiffs") and Defendants FirstEnergy Generation, LLC, the FirstEnergy Corp. Welfare Plan, and the FirstEnergy Corp. Retirement Health Benefits Trust for Represented Employees, by and through their counsel, hereby stipulate to dismiss with prejudice this civil action, each party to pay its own attorneys' fees and costs.

Dated: November 23, 2015         Respectfully submitted,

    s/ Stanley Weiner                     s/ Tybe A. Brett
Stanley Weiner                        Tybe A. Brett
sweiner@jonesday.com                  tbrett@fdpklaw.com
Johanna Fabrizio Parker               William T. Payne
jfparker@jonesday.com                 wpayne@fdpklaw.com
Corey Clay                            Joel R. Hurt
cclay@jonesday.com                    jhurt@fdpklaw.com

JONES DAY                             FEINSTEIN DOYLE PAYNE
North Point                              & KRAVEC, LLC
901 Lakeside Avenue                   Allegheny Building, Suite 1705
Cleveland, Ohio 44114-1190            429 Forbes Avenue
Telephone: 216-586-3939               Pittsburgh, PA 15219
Facsimile: 216-579-0212               (412) 281-8400 (Tel)
                                      (412) 281-1007 (Fax)
*Attorneys for Defendants*

                                      Marianne Oliver
                                      moliver@lawgol.com

                                      GILARDI, OLIVER & LOMUPO
                                      The Benedum Trees Building
                                      10th Floor
                                      223 Fourth Avenue
                                      Pittsburgh, PA 15222
                                      (412) 391-9770 (Tel)
                                      (412) 391-9780 (Fax)

*Attorneys for Plaintiffs*

2

BY THE COURT:

Date

Benita Y. Pearson
United States District Judge

cc: All parties of record